## UNITED STATES DISTRICT COURT

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217.373.5830
FAX: 217.373.5834

RE:

Dear Clerk:

On _____, an order by the Honorable _____, Chief, U.S. District Judge, was entered transferring the above-mentioned case from this District Court to the U.S. District Court, Southern District of IL .

Enclosed are: Certified copy of docket sheet, Petition to Proceed In Forma Pauperis and Proposed Complaint

Also enclosed is a certified copy of the docket sheet. This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is: and the password is:  .This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,

John M. Waters, Clerk

By _____
        Deputy Clerk

Receipt Acknowledged on:_____

By:_____