UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski

E-FILED
Tuesday, 22 May, 2007  09:08:25 AM
Clerk, U.S. District Court, ILCD

May 1, 2007

# NOTICE OF CASE NUMBER ASSIGNMENT

Re: Ring vs Evans et al
    Previous Civil No.: 07-3086-HAB-CHE
    Previous Court: Central District of Illinois
    New No.: 07-306-DRH
    Judge Assigned: David R. Herndon

FILED
MAY -7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

The above case has been transferred to the U.S. District Court at East St. Louis, Illinois.

All future pleadings must bear the new case number.

Forms, User's Manual, etc. are available on our website: www.ilsd.uscourts.gov

                        Norbert G. Jaworski,
                        Clerk of Court

Copy to Central District of Illinois

CV-19
(9/04)